**DEAN MACHINERY CO., Respondent,**

v.

**JOHN DEAN CONSTRUCTION, LLC, Dean A. Richman, Defendants;**

and

**John E. Minturn, Appellant.**

No. WD 68922.

Missouri Court of Appeals, Western District.

Oct. 21, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 23, 2008.

John A. Maichel, Kansas City, MO., for appellant.

Linda S. Tarpley, Kansas City, MO., for respondent.

Before JOSEPH M. ELLIS, P.J., RONALD R. HOLLIGER and JOSEPH P. DANDURAND, JJ.

## ORDER

PER CURIAM:

John E. Minturn appeals from the judgment of the Circuit Court of Jackson County, Missouri, awarding damages plus attorneys' fees and costs for breach of contract in favor of Dean Machinery Company. Because a published opinion would have no precedential value, a memoran-

dum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).